# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of June, two thousand and fourteen.

Before:    Gerard E. Lynch,
              *Circuit Judge*.

_____

Woodrow Clark, Paul Impellezzeri, on behalf of themselves and all others similarly situated, *et al.*,
    Plaintiffs-Appellants,

Herve Senequier,
    Plaintiff,

    v.

Citigroup, Inc., *et al.*,
    Defendants-Appellees,

Bank of America N.A. (USA), *et al.*,
    Defendants.

**ORDER**
Docket No. 14-1610

_____
_____

Robert Ross, on behalf of himself and all others similarly situated, *et al.*,
    Plaintiffs-Appellants,

    v.

American Express Company, *et al.*,
    Defendants-Appellees.

**ORDER**
Docket No. 14-1616

_____

    Appellants move to consolidate these appeals.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court