**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 19, 2014
Docket #: 14-1610cv
Short Title: Ross v. Bank of America N.A. (USA)

DC Docket #: 05-cv-7116
DC Court: SDNY (NEW YORK CITY)
DC Judge: Francis
DC Judge: Pauley

## AMENDED CAPTION NOTICE

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8506.