# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s)**: _____   Caption [use short title] _____

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:** _____   **OPPOSING PARTY:** _____
    ☐ Plaintiff    ☐ Defendant
    ☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____   **OPPOSING ATTORNEY**: _____
[name of attorney, with firm, address, phone number and e-mail]

_____

_____

_____

Court-Judge/Agency appealed from: _____

**Please check appropriate boxes:**       **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):     Has request for relief been made below?  ☐ Yes  ☐ No
    ☐ Yes ☐ No (explain): _____   Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
    ☐ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
    ☐ Yes  ☐ No  ☐ Don't Know

Is oral argument on motion requested?       ☐ Yes  ☐ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?       ☐ Yes  ☐ No  If yes, enter date: _____

**Signature of Moving Attorney:**
_____ Date: _____   Service by:  ☐ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# ATTACHMENT A

## Attorneys for Appellees (Defendants)

**For American Express Company, American Express Travel Related Services, Inc. and American Express Centurion Bank**

| Counsel's Name | Address/Tel. No./Fax No. | E-mail |
| --- | --- | --- |
| Evan R. Chesler | CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000<br>(212) 474-3700 (fax) | echesler@cravath.com |

**For Citigroup, Inc., Citibank, N.A., Universal Financial Corporation and Citicorp Diners Club Inc. ("Citi"):**

| Counsel's Name | Address/Tel. No./Fax No. | E-mail |
| --- | --- | --- |
| David F. Graham | SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-7596<br>(312) 853-7036 (fax) | dgraham@sidley.com |
| Eamon P. Joyce | SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-8555<br>(212) 839-5599 (fax) | ejoyce@sidley.com |

**For Defendants DB Servicing Corporation (successor to DFS Services, LLC), Discover Financial Services, Inc. and Discover Bank ("Discover"):**

| Counsel's Name | Address/Tel. No./Fax No. | E-mail |
| --- | --- | --- |
| Robert Y. Sperling | WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-7941<br>(312) 558-5700 (fax) | rsperling@winston.com<br>rbetman@winston.com |
| Christopher E. Mills | WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, DC 20006-3817<br>(202) 282-5678<br>(202) 282-5100 (fax) | cmills@winston.com |

Nos. 14-1610 (lead) & 14-1616

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| ROBERT ROSS, et al., | On Appeal from the United States District Court for the Southern District of New York |
| Plaintiffs-Appellants, | |
| v. | No. 05-CV-7116 |
| BANK OF AMERICA, N.A. (U.S.A.), et al., | The Honorable William H. Pauley, III United States District Judge |
| Defendants-Appellees. | |
| ROBERT ROSS et al., | On Appeal from the United States District Court for the Southern District of New York |
| Plaintiffs-Appellants, | |
| v. | No. 04-CV-5723 |
| AMERICAN EXPRESS COMPANY, et al., | The Honorable William H. Pauley, III United States District Judge |
| Defendants-Appellees. | |

PLAINTIFFS-APPELLANTS'
MOTION TO FILE OVERSIZED OPENING BRIEF

By Order dated June 19, 2014, the Court consolidated these appeals from a final judgment following a bench trial.  *See* Appeal No. 14-1610, Dkt. 36; Appeal No. 14-1616, Dkt. 28.  Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 27.1(e), Plaintiffs-Appellants Robert Ross, Randal Wachsmuth, Richard Mandell, Matthew Grabell, S. Byron Balbach, Jr., Woodrow Wilson Clark, Jr., Andrea Kune and Paul Impellezzeri respectfully request an enlargement of the type-volume limitation for their opening brief to 22,000 words.  In support of this motion, Plaintiffs-Appellants state:

1.    Federal Rule of Appellate Procedure 32(a)(7)(B) provides that a "principal brief is acceptable if [] it contains no more than 14,000 words."  Local Rule 27.1(e) permits a party to request additional words for a brief by providing the reasons for exceeding the word count limit set by FRAP 32(a)(7)(B).

2.    Plaintiffs appeal from a judgment of the District Court following a consolidated bench trial of two antitrust class actions.  Plaintiffs allege that the trial Defendants-Appellees (American Express, Citi and Discover) combined and/or conspired with their competitor card issuing banks (Bank of America, Capital One, Chase and

Household/HSBC), among others, to adopt and maintain class-barring arbitration clauses for their credit cards. This combination/conspiracy between the nations' largest card issuers occurred over the course of at least 28 (known) meetings and conference calls held between May 1999 and October 2003. During the course of these meetings and calls, all of the card issuers adopted and maintained class-barring arbitration clauses as a term or condition of sale for their credit cards.

3. The District Court held a five week bench trial on Plaintiffs' antitrust claims. The court heard live and/or deposition testimony from 43 fact witnesses and 3 experts. The court admitted some 440 exhibits, as well as numerous demonstratives.

4. Following trial, the parties simultaneously submitted extensive proposed conclusions of law and findings of fact. Together, the Defendants submitted more than 360 pages (American Express, 181 pages; Discover, 97 pages; Citi, 90 pages) of proposed findings of fact and conclusions of law. Plaintiffs submitted 197 pages (153 pages setting forth the facts of the conspiracy, and 64 pages addressing the legal elements for an antitrust violation, Plaintiffs' request for injunctive relief, and addressing defenses that failed as a matter of

3

law).

5.  The parties then submitted simultaneous responsive submissions to the proposed findings of fact and conclusions of law. Defendants submitted another 262 pages of additional proposed facts and legal argument. Plaintiffs submitted a 60 page omnibus response to Defendants' lengthy initial submissions.

6.  In total, Defendants collectively submitted more than 620 pages of post-trial proposed findings and legal argument, whereas Plaintiffs submitted 257 pages.

7.  On May 6, 2013, the District Court heard closing arguments. On April 10, 2014, the court issued its 91-page Opinion and Order finding that Plaintiffs did not prove the element of conspiracy for their Section 1 Sherman Act claims.

8.  To adequately address both the extensive trial record and the legal errors by the District Court in its April 10, 2014 Opinion and Order, Plaintiffs-Appellants request an increase of the FRAP 32(a)(7)(B) type-volume limitation to 22,000 words. The increased word count is necessary to properly set forth the record concerning the collusive conduct at issue, and to properly address the legal issues attendant to

Plaintiffs' antitrust claims.

9. The request is also reasonable given that the Defendant-Appellees will likely collectively submit opening briefs totaling up to 42,000 words, as they submitted separate briefs below.

10. Defendants-Appellees take no position on Plaintiffs-Appellants' request.

Accordingly, Plaintiffs-Appellants respectfully request that the Court enter an order permitting Plaintiffs-Appellants to file an opening brief of no more than 22,000 words.

Respectfully submitted,

Dated: July 25, 2014

/s/ Merrill G. Davidoff
Merrill G. Davidoff
David A. Langer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 facsimile
mdavidoff@bm.net

*Counsel for Plaintiffs-Appellants*