# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR

SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———
CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1243

GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART

———
SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

———
OF COUNSEL
PAUL C. SAUNDERS

September 2, 2014

<u>Ross v. Bank of America N.A. (USA)</u>
<u>Nos. 14-1610 (L), 14-1616 (Con.)</u>

Dear Ms. Wolfe:

   I represent Defendants-Appellees American Express Company, American Express Travel Related Services, Inc., and American Express Centurion Bank (the "American Express Appellees") in the above-referenced consolidated appeals. Pursuant to Local Rule 31.2(a)(1)(B), I request that the deadline for the brief of the American Express Appellees be set for November 21, 2014, which is within 91 days after Plaintiffs-Appellants filed their brief on August 22, 2014.

             Respectfully submitted,

             /s/ Evan R. Chesler

             Evan R. Chesler

Hon. Catherine O'Hagan Wolfe
 Clerk of Court
  United States Court of Appeals for the Second Circuit
   Daniel Patrick Moynihan Courthouse
    500 Pearl Street, Room 370
     New York, NY 10007

VIA CM/ECF

Copies to:

Merrill G. Davidoff
David A. Langer
    Berger & Montague, P.C.
        1622 Locust Street
            Philadelphia, PA 19103

*Counsel for Plaintiffs-Appellants Robert Ross, et al.*

David F. Graham
Eamon Paul Joyce
    Sidley Austin LLP
        1 South Dearborn Street
            Chicago, IL 60603

*Counsel for Defendants-Appellees Citigroup, Inc., Citibank (South Dakota), N.A., Citicorp Diners Club, Citibank U.S.A., N.A., Universal Bank, N.A., and Universal Financial Corporation*

Elizabeth Papez
Christopher Mills
    Winston & Strawn LLP
        1700 K Street, NW
            Washington, DC 20006

Robert Sperling
Christopher Letkewicz
    Winston & Strawn LLP
        35 West Wacker Drive
            Chicago, IL 60601

*Counsel for Defendants-Appellees Discover Financial Services, Inc., Discover Bank, and DB Servicing Corporation*

VIA CM/ECF