# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of October, two thousand and fourteen.

Before:   Denny Chin,
              *Circuit Judge*.

---

Robert Ross, on behalf of himself and all others similarly situated, Andrea Kune, Woodrow Clark, S. Byron Balbach, Jr., Matthew Grabell, Paul Impellezzeri, on behalf of themselves and all others similarly situated, Richard Mandell, Randal Wachsmuth,
   Plaintiffs-Appellants,

Herve Senequier,
   Plaintiff,

   v.

Citigroup, Inc., *et al.*,
   Defendants-Appellees,

Bank of America N.A. (USA), *et al.*,
   Defendants.

**ORDER**
Docket Nos. 14-1610 (L);
            14-1616 (Con)

---

Appellants move for a 35-day extension of time to file a reply brief, and for leave to file an oversized reply brief of up to 18,000 words.

IT IS HEREBY ORDERED that the motion for an extension of time GRANTED. It is further ORDERED that the motion to file an oversized reply brief is GRANTED to the following extent: Appellants may file a reply brief of up to 12,000 words.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

