# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE +1-212-474-1000
FACSIMILE +1-212-474-3700

JOHN W WHITE
EVAN R CHESLER
RICHARD LEVIN
KRIS F HEINZELMAN
B ROBBINS KIESSLING
ROGER D TURNER
PHILIP A GELSTON
RORY O MILLSON
RICHARD W CLARY
WILLIAM P ROGERS, JR
JAMES D COOPER
STEPHEN L GORDON
DANIEL L MOSLEY
ROBERT H BARON
KEVIN J GREHAN
C ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D WILSON
CHRISTINE A VARNEY
PETER T BARBUR
SANDRA C GOLDSTEIN
THOMAS G RAFFERTY
MICHAEL S GOLDMAN
RICHARD HALL

JULIE A NORTH
ANDREW W NEEDHAM
STEPHEN L BURNS
KEITH R HUMMEL
DAVID J KAPPOS
DANIEL SLIFKIN
ROBERT I TOWNSEND, III
WILLIAM J WHELAN, III
SCOTT A BARSHAY
PHILIP J BOECKMAN
ROGER G BROOKS
WILLIAM V FOGG
FAIZA J SAEED
RICHARD J STARK
THOMAS E DUNN
MARK I GREENE
DAVID R MARRIOTT
MICHAEL A PASKIN
ANDREW J PITTS
MICHAEL T REYNOLDS
ANTONY L RYAN
GEORGE E ZOBITZ
GEORGE A STEPHANAKIS
DARIN P MCATEE
GARY A BORNSTEIN

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE +44 20 7453 1000
FACSIMILE +44 20 7860 1150

TIMOTHY G CAMERON
KARIN A DEMASI
LIZABETHANN R EISEN
DAVID S FINKELSTEIN
DAVID GREENWALD
RACHEL G SKAISTIS
PAUL H ZUMBRO
JOEL F HEROLD
ERIC W HILFERS
GEORGE F SCHOEN
ERIK R TAVZEL
CRAIG F ARCELLA
TEENA-ANN V SANKOORIKAL
ANDREW R THOMPSON
DAMIEN R ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L SCHIELE
ALYSSA K CAPLES
JENNIFER S CONWAY
MINH VAN NGO
KEVIN J ORSINI
MATTHEW MORREALE
JOHN D BURETTA
J WESLEY EARNHARDT

YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D ZAVAGLIA
STEPHEN M KESSING
LAUREN A MOSKOWITZ
DAVID J PERKINS
JOHNNY G SKUMPIJA
J LEONARD TETI, II
D SCOTT BENNETT
TING S CHEN
CHRISTOPHER K FARGO
KENNETH C HALCOM
DAVID M STUART
JONATHAN L DAVIS
AARON M GRUBER
O KEITH HALLAM, III
OMID H NASAB

SPECIAL COUNSEL
SAMUEL C BUTLER
GEORGE J GILLESPIE, III

OF COUNSEL
MICHAEL L SCHLER

WRITER'S DIRECT DIAL NUMBER

212-474-1243

February 9, 2015

<u>Ross, et ano. v. American Express Company, et al.
Docket Nos. 14-1610(L); 14-1616(Con)</u>

Dear Ms. O'Hagan Wolfe:

      I am lead counsel for, and will present oral argument on behalf of, Defendants-Appellees American Express Company, American Express Travel Related Services, Inc., and American Express Centurion Bank, in the above-entitled appeal.

      I respectfully request that my December 2, 2014 Oral Argument Statement be supplemented to include the following dates on which I will not be available to appear in Court:

      February 23-26
      March 11-13, 16-20, 27
      April 1, 7-10, 22, 23, 27, 30
      May 4-6, 18-20

      Respectfully,

      <u>s/ Evan R. Chesler</u>

      Evan R. Chesler

Hon. Catherine O'Hagan Wolfe
    Clerk of the Court
        United States Court of Appeals
           Second Circuit
              40 Foley Square
                  New York, NY 10007

Copy to:

All Counsel of Record (by CM/ECF)