1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | PHONE: 215/875-3000 | FAX: 215/875-4604 | www.bergermontague.com



**MERRILL G. DAVIDOFF**

WRITER'S DIRECT DIAL | 215/875-3084
WRITER'S DIRECT FAX | 215/875-4671
WRITER'S DIRECT E-MAIL | mdavidoff@bm.net

March 11, 2015

**VIA ECF**

Hon. Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Ross v. American Express Company, et al.*
             Docket Nos. 14-1610(L); 14-1616

Dear Ms. O'Hagan Wolfe:

    I am co-lead counsel for, and will present oral argument on behalf of, the Plaintiffs-Appellants in the above-entitled appeals.

    Below are dates that supplement my December 4, 2014 Oral Argument Statement (Docket #132) and on which I will not be available to appear in Court:

        March 16-19, 2015
        March 25-27, 2015
        April 14-16, 2015
        April 27-May 1, 2015
        May 4-8, 2015
        May 11-13, 2015

        Respectfully submitted,

        */s/ Merrill G. Davidoff*
        Merrill G. Davidoff

MGD/sll
cc:    All Counsel of Record *(via ECF)*